**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-01027-REB-KLM

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

RUCKMAN, INC.,
TERRY M. RUCKMAN,
JAMES DEE WHITELEY, and
ANNIE M. WHITELEY,

    Defendants.

**ORDER DISMISSING DEFENDANTS,
JAMES DEE WHITELEY AND ANNIE M. WHITELEY**

**Blackburn, J.**

The matter before me is the **Stipulation For Voluntary Dismissal With Prejudice As To Defendants James Dee Whiteley and Annie M. Whiteley** [#38] filed September 21, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that plaintiff's claims against defendants, James Dee Whiteley and Annie M. Whiteley, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation For Voluntary Dismissal With Prejudice As To Defendants James Dee Whiteley and Annie M. Whiteley** [#38] filed September 21, 2009, is **APPROVED**;

    2.  That plaintiff's claims against defendants, James Dee Whiteley and Annie M. Whiteley, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney

fees and costs; and

    3.  That defendants, James Dee Whiteley and Annie M. Whiteley, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated September 21, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge