**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-01027-REB-KLM

HOME DESIGN SERVICES, INC.,

     Plaintiff,

v.

RUCKMAN, INC., and
TERRY M. RUCKMAN,

     Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

     The matter before me is the **Stipulation for Voluntary Dismissal With Prejudice** [#49] filed October 27, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation for Voluntary Dismissal With Prejudice** [#49] filed October 27, 2009, is **APPROVED**;

     2.  That the Trial Preparation Conference set for June 25, 2010, is **VACATED**;

     3.  That the jury trial set to commence July 12, 2010, is **VACATED**; and

     4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated October 27, 2009, at Denver, Colorado.

                               BY THE COURT:

                               Robert E. Blackburn
                               United States District Judge